FIRST DEPARTMENT, MARCH, 1973

(March 1, 1973)

■ GINA C. OUTHWAITE, Appellant, v. MICHAEL A. SCHWARTZ, Respondent. — Order, Supreme Court, New York County, entered November 2, 1972, unanimously modified, on the law and in the exercise of discretion, to direct that defendant shall deliver the Civil Court file to plaintiff within 10 days after service upon him by plaintiff of a copy of the order entered hereon. As so modified, the order is otherwise affirmed, and appellant shall recover of respondent $60 costs and disbursements of this appeal. Concur — Stevens, P. J., McGivern, Nunez, Kupferman and Lane, JJ.